■ MICHAEL WILD et al., Respondents, v BAUSCH & LOMB INCORPORATED, Appellant and Third-Party Plaintiff-Appellant, et al., Defendant. COHEN'S FASHION OPTICAL, INC., Third-Party Defendant. [672 NYS2d 687] —Appeal from order, Supreme Court, New York County (Stuart Cohen, J.), entered on or about November 7, 1997, which order, *inter alia*, only conditionally

granted appellant's motion for an order striking plaintiffs' note of issue, unanimously dismissed, without costs, as moot.

A 1998 order in this action striking plaintiffs' case from the TAP calendar renders the appeal moot (*see, e.g., Westinghouse Elec. Supply Co. v Pyramid Champlain Co.*, 193 AD2d 928, 932). Were the appeal not moot, we would find no improvident exercise of discretion. Concur—Milonas, J. P., Williams, Tom, Andrias and Saxe, JJ.